No. 182. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Carl McFarland, Ashley Sellers* and *Kenneth L. Kimble* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, John R. Benney* and *Morton Liftin* for the United States.

No. 307. EITEL-McCULLOUGH, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Richard Edward Hale Julien* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 308. UNITED STATES EX REL. HOEHN *v.* SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *George W. Riley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Israel Convisser* for respondent.